IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| NEW YORK LIFE INSURANCE COMPANY, | * * * | |
| Petitioner, | * * | |
| vs. | * * * * | No. 5:13-cv-00238-SWW |
| ELIZABETH PARKER and PATRICIA WONG MOSES, | * * * | |
| Respondents. | * | |

## ORDER

The parties having settled this action, the joint motion [doc.#16] of the parties to dismiss this action with prejudice is hereby granted.

IT IS SO ORDERED this 21st day of January 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE